THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN ROULEAU-MILLER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DXC TECHNOLOGY SERVICES, LLC, a foreign limited liability company,<br><br>Defendant. | NO. 2:20-cv-00206-RSL<br><br>**STIPULATED MOTION AND ORDER TO COMPEL ARBITRATION** |

## I.  STIPULATED MOTION

COMES NOW Plaintiff Karen Rouleau-Miller, together with Defendant DXC Technology Services, LLC, each of whom hereby agree and stipulate that the claims alleged in Plaintiff's Complaint (Dkt. #2) shall be submitted to arbitration based on their agreement and a written arbitration provision between the parties. Subject to a final decision by the arbitrator or resolution between the parties, these proceedings will be stayed and all court deadlines stricken.

STIPULATED MOTION AND ORDER
TO COMPEL ARBITRATION – 1
Case No. 2:20-cv-00206-RSL

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
Tel: (206) 838-2504

RESPECTFULLY STIPULATED and submitted this 13th day of April, 2020.

*/s/ Brian L. Dolman*
Erin S. Norgaard, WSBA #32789
Brian L. Dolman, WSBA #32365

**HKM EMPLOYMENT ATTORNEYS LLP**
600 Stewart Street, Suite 901
Seattle, WA 98101
Tel: (206) 838-2504
enorgaard@hkm.com
bdolman@hkm.com
Attorneys for Plaintiff

*/s/ Brian K. Keeley*
Brian K. Keeley, WSBA #32121

**SCHLEMLEIN FICK & FRANKLIN, PLLC**
66 S. Hanford, Suite 300
Seattle, WA 98134
Tel: (206) 448-8100
bkk@soslaw.com
Attorney for Defendant

## II. ORDER

Pursuant to the foregoing Stipulated Motion, IT IS SO ORDERED that the above-entitled matter shall be referred to arbitration as agreed to by the parties. This matter shall be stayed pursuant to 9 U.S.C. § 3 pending final resolution. All court deadlines in this case are hereby stricken.

DATED this 14th day of April, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER
TO COMPEL ARBITRATION – 2
Case No. 2:20-cv-00206-RSL

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
Tel: (206) 838-2504