UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN ROULEAU-MILLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DXC TECHNOLOGY SERVICES,<br><br>　　　　Defendant. | NO.  C20-206RSL<br><br>ORDER REMOVING CASE FROM ACTIVE CASELOAD |

　　This Court having stayed the above-entitled action pending arbitration,

　　It is HEREBY ORDERED that this action shall be removed from this Court's active caseload until further application by the parties or order of this Court.  The parties shall within 14 days of the completion of the final award of arbitration, file a joint status report with the Court.

　　This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

　　DATED this 9th day of November, 2021.

　　　　　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER REMOVING CASE FROM ACTIVE CASELOAD-1